**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| MURALIDHARAN KRISHNAN, | § § | |
| *Appellant*, | § § | |
| v. | § § | Case No. 4:19-cv-00567-JRG-RSP |
| ALLEY BROTHERS, LLC, | § § | |
| *Appellee*. | § § | |

**<u>MEMORANDUM ORDER</u>**

This matter comes before the Court as a *pro se* appeal of the orders of the Bankruptcy Court. Appellant, Muralidharan Krishnan, has been engaged in a 10-year battle with JP Morgan Chase Bank. It began when Krishnan stopped paying his home mortgage in 2010 and yet continued to occupy the home until August 2019 when the Bankruptcy Court cleared the way for his removal. This appeal is an effort to continue that battle based on the same frivolous arguments that this Court has previously denied.

The Order from which Krishnan appeals is an order granting the Alley Brothers *in rem* relief from the automatic stay because they are the new owners of the home on Maltby Ct. in Plano, Texas, where Krishnan had resided. The transcript of the hearing that resulted in that Order is in the record at Dkt. No. 16. The record shows the history of Krishnan's abuse of the legal system by filing frivolous motions for restraining orders each time a foreclosure was scheduled, or removing the actions to federal court, or by filing for bankruptcy protection (twice) and then abandoning the proceedings. Bankruptcy Judge Brenda Rhoades found at that July 15, 2019

hearing "that this bankruptcy case was filed as part of a scheme to hinder, delay, or defraud creditors. The Court, therefore, grants *in rem* relief as requested." Dkt. No. 16 at 34. The following month, at an August 14, 2019 hearing on the Trustee's motion to dismiss the bankruptcy proceeding, Judge Rhoades found that Krishnan had failed to file a plan, failed to make any payments, and claimed that he owed no funds to any creditors. Based on this finding, the bankruptcy was dismissed as a sham. Dkt. No. 16-1. During that hearing, it was revealed that Krishnan had finally been dispossessed by the Appellee in this matter in early August. *Id*. at 3.

Throughout his many legal proceedings, Krishnan has maintained that he is entitled to continue to reside in the Maltby Ct home because there was fraud in the bank's paperwork. Specifically, he claims that the various persons appointed by the bank as substitute trustees, to conduct the various scheduled foreclosure sales on the courthouse steps, are not really employees of the bank as represented in the paperwork. He bases these claims on "investigations" he conducted showing that people with those names have criminal records and therefore could not possibly be bank officers. *See, e.g.*, Dkt. No. 15-3 (transcript of 2/24/2016 TRO hearing before Magistrate Judge Don Bush at 36-37). Krishnan's only explanation of how such fraud, even if true, would support his resistance to foreclosure is to cite a supposed maxim that "fraud vitiates everything." This argument was rejected at length by Judge Ron Clark in another of Krishnan's proceedings. *See*, *Muralidharan Krishnan, et al. v. JP Morgan Chase Bank, N.A.*, et al., C.A. No. 4:15-cv-0632-RC-KPJ (May 30, 2019).

This Court finds that Krishnan has failed to show that any error was committed by the Court below and, accordingly, IT IS ORDERED that the Orders of the Bankruptcy Court are AFFIRMED and this appeal is DISMISSED at appellant's costs.

**So ORDERED and SIGNED this 26th day of May, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE